# O'Neal, et als. v. Tenn. C. I. & R. R. Co.

## Account.

(Decided Nov. 29, 1905, 39 So. Rep. 1028.)

APPEAL from Jefferson Circuit Court.
Heard before Hon. A. A. COLEMAN.

EMMETT O'NEAL and C. F. CARSON, for appellant.

PERCY WALKER and WALKER, TILLMAN, CAMPBELL & WALKER, for appellee.

PER CURIAM. Errors confessed. Reversed and remanded.

---

# Oslen v. The State.

## Crime.

(Decided Nov. 30, 1905, 39 So. Rep. 1028.)

APPEAL from Walker Circuit Court.
Heard before Hon. A. H. ALSTON.

RAY, LEITH & SHEPHARD, for appellant.

MASSEY WILSON, Attorney General for the State.

PER CURIAM. Minute entry failing to show judgment of guilt, the appeal is dismissed.

---

# Terry v. Johnson.

## Bill for Settlement of Executorship.

(Decided Nov. 23, 1905, 39 So. Rep. 1028.)

APPEAL from Geneva Chancery Court.
Heard before Hon. W. L. PARKS.

W. O. MULKEY, for appellant.

STEINER, CRUM & WEIL, for appellee.

HARALSON, J.—This case is affirmed upon the authority of Johnson v. Terry, 139 Ala. 614, 36 So. Rep. 775.

DOWDELL, ANDERSON and DENSON, JJ., concur.